# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**SHAMEKIA MARSHALL**                                                     **PLAINTIFF**

**VS.**                          **2:17-CV-00005-BRW**

**SELENE FINANCE LP**                                                   **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 5). Plaintiff has not responded. On February 3, 2017 I sent a letter to Plaintiff that reads:

> I have received Defendant's Motion to Dismiss, which was filed on January 17, 2017.
>
> I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Tuesday, February 7, 2017, I will grant the motion.[1]

To date, no response has been filed. Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 10th day of February, 2017.

                                                           /s/ Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.